# United States District Court
## Northern District of Illinois
### Western Division

Joel Hallstrom                         **JUDGMENT IN A CIVIL CASE**

        v.                                    Case Number: 06 C 50238

City of Belvidere

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant's motion for summary judgment is granted. Defendant's motion to strike portions of plaintiff's Rule 56.1 statement of fact is denied as moot. This case is closed.

                                                     Michael W. Dobbins, Clerk of Court

Date: 3/31/2009                                _____
                                                     /s/ Susan Wessman, Deputy Clerk